AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>951 South 68th Street, Omaha, Nebraska, Pontiac G6<br>NE license plates VIL 360, Jeep Liberty NE license<br>plates VMP 394 and Ford Escape no plates/in-transits | ) ) ) ) ) ) )  Case No.  8:17MJ 363 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Nebraska_____
*(identify the person or describe the property to be searched and give its location):*

See attached affidavit

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attached affidavit

**YOU ARE COMMANDED** to execute this warrant on or before _____November 1, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____F.A. Gossett_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __10/19/17  10:35 A.M.__

_____
*Judge's signature*

City and state: __Omaha, Nebraska__    __F.A. Gossett, III, United States Magistrate Judge__
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:17MJ | Date and time warrant executed: 10/19/17  1120 HRS | Copy of warrant and inventory left with: In Residence |

Inventory made in the presence of:
SA Andrew Stewart HSI/Omaha

Inventory of the property taken and name of any person(s) seized:

- SEE ATTACHED INVENTORY

Nothing Follows

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/20/17

*Executing officer's signature*

Z. Wimer    SA/HSI
*Printed name and title*

## IMMIGRATION AND CUSTOMS ENFORCEMENT – INVESTIGATIONS

### EVIDENCE INVENTORY AND RECEIPT

Copy Distribution
White — Case File
Canary — Subject
Pink — SP File

PAGE 1 OF 1

Case Number: OJI3WR170J0002
Date/Time Search Initiated: 10/19/17  11:20AM
Date/Time Search Terminated: 10/19/17  13:23 PM
Subject(s) Name: Luis Madero
Address of Seizure: 951 S. 68th

| Item # | Description of Evidence | Found By | Location Found |
|---|---|---|---|
| 1 | Ledger (Red Memo Pad) | Allrich | Laundry Room |
| 2 | Misc Docs | Allrich | Kitchen |
| 3 | Misc Docs | Allrich | Hallway |
| 4 | Suspected Narcotics | Vincile | Basement Closet |
| 5 | Cash | Vincile | Basement Bedroom |
| 6 | ID Docs | Vincile | Wallet Kitchen |
| 7 | Misc Docs | Vaughn | G6 Pontiac |
| 8 | ID Doc | Vincile | Basement (Returned to female) [NSD] |
| 9 | Samsung Silver Cell | Vincile | Basement |
| 10 | Cricket Cell Phone | Vincile | Basement |
| 11 | ID Docs | Vincile | Basement |
| 12 | Samsung Cricket Cell Phone | Allrich | Kitchen |
| 13 | Cell Phone (Black/Female) | Taylor | On Her Person |

By _____ (Agent's Signature)
Received By: Left in Residence
Date: 10/19/17   Time: 1323
Date: _____   Time: _____